IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------
CADNETICS, INC., Pennsylvania
corporation,

        Plaintiff,                CIVIL ACTION NUMBER: 06-570

        v.

AMICUS CORPORATION, a Delaware
corporation, et al.,

        Defendants.
------------------------------

## ORDER OF COURT

AND NOW, this 21st day of August 2007, it is hereby Ordered that the motion to amend the pretrial statement is granted. It is further Ordered that the referenced newspaper article and other referenced bates numbers shall be added to the amended pretrial statement. Exhibits 4 and 5 shall be as corrected herein.

BY THE COURT:

_____
Gary L. Lancaster, U.S. District Judge