IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

CADNETICS, INC., Pennsylvania
corporation,

       Plaintiff,              CIVIL ACTION NUMBER: 06-570

       v.

AMICUS CORPORATION, a Delaware
corporation, et al.,

       Defendants.

---

### ORDER OF COURT

AND NOW, this 19 day of September, 2007, it is hereby Ordered that Plaintiff's motion to specify pretrial exhibits is granted. It is hereby Ordered that, upon consent of the parties, Defendants shall amend their pretrial statements to include greater specificity no later than October 1, 2007.

It is further Ordered that, upon consent of the parties, that the deadline for filing stipulations is extended to October 15, 2007.

Finally, it is further Ordered that, by consent of the parties, the starting date of binding arbitration before Judge Ziegler shall be rescheduled so that said arbitration shall be completed no later than January 1, 2008.

BY THE COURT

_____
Honorable Gary L. Lancaster
U.S. District Judge