IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CADNETICS, INC.,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-570<br>) |
| AMICUS CORPORATION, ET AL.,<br>　　　Defendants. | )<br>)<br>) |

ORDER OF COURT

AND NOW this 2nd day of October, 2007, the Court having been advised that the parties have stipulated to participate in binding arbitration, the resolution of which will render the instant case moot, IT IS HEREBY ORDERED that, in the interest of judicial economy, the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc:　All Counsel of Record