IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

CADNETICS, INC., Pennsylvania
corporation,

       Plaintiff,          CIVIL ACTION NUMBER: 06-570

       v.

AMICUS CORPORATION, a Delaware
corporation, et al.,

       Defendants.

---

## STIPULATION OF DISMISSAL UPON SETTLEMENT

The parties in the above-referenced action have settled their claims. By consent of all parties, the case is hereby dismissed with prejudice.

BY THE COURT:

_____
Honorable Gary L. Lancaster
U.S. District Judge

DATED: 3-17-08

STIPULATED BY:

s/Dennis M. Moskal/
Dennis M. Moskal, Esq.
Counsel for Plaintiff

s/Robert O. Lampl/
Robert O. Lampl, Esq.
Counsel for Defendants